# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| Larnelon Shipping Ltd., § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION _____ |
| vs. § | |
| § | IN ADMIRALTY, Rule 9(h) |
| Lord Energy SA, § | |
| § | |
| Defendant, § | |
| § | |
| and § | |
| § | |
| Repsol Trading SA, § | |
| § | |
| Garnishee. § | |

## DISCLOSURE OF CORPORATE INTEREST

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Larnelon Shipping Ltd. states it has no parent corporation and that none of its shares are held by publicly traded corporations.

Dated: May 29, 2019.

                Respectfully Submitted,

                /s/ *J. Stephen Simms*
                J. Stephen Simms (*pro hac vice* pending)
                Simms Showers LLP
                201 International Circle, Suite 250
                Baltimore, Maryland 21030
                Telephone: (410) 783-5795
                Facsimile: (410) 510-1789
                jssimms@simmsshowers.com

           Attorneys for Larnelon Shipping Ltd.,