UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | |
|---|---|---|---|

| Larnelon Shipping Ltd. |
|---|
| *versus* |
| Lord Energy SA and Repsol Trading SA |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | J. Stephen Simms<br>Simms Showers LLP<br>201 International Circle, Suite 250<br>Baltimore, Maryland 21030<br>Telephone: (410) 783-5795<br>jssimms@simmsshowers.com<br>Marylnad (MD does not issue bar #s)<br>USDC - Maryland #4269 |

| Name of party applicant seeks to appear for: | Larnelon Shipping Ltd. |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

Dated: 5/29/2019   Signed: [signature]

The state bar reports that the applicant's status is:

Dated: _____   Clerk's signature

**Order**      This lawyer is admitted *pro hac vice*.

Dated: _____   _____
United States District Judge