Case 4:19-cv-01932 Document 5-1 Filed on 05/29/19 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
May 31, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Larnelon Shipping Ltd., § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION _____ |
| vs. § | |
| § | IN ADMIRALTY, Rule 9(h) |
| Lord Energy SA, § | |
| § | |
| Defendant, § | |
| § | |
| and § | |
| § | |
| Repsol Trading SA, § | |
| § | |
| Garnishee. § | |

**ORDER FOR APPOINTMENT FOR**
**SERVICE OF WRITS OF MARITIME GARNISHMENT**

Plaintiff having moved, pursuant to Fed. R. Civ. P. Rule 4(c)(2), for an Order appointing J. Stephen Simms or any other qualified person appointed by him to serve process of maritime attachment and garnishment, and any supplemental process in this matter, and it appearing that such appointment will result in substantial economies in time and expense,

NOW, on motion of Plaintiff, it is

ORDERED, that J. Stephen Simms or any other person at least 18 years of age, and not a party to this action, appointed by J. Stephen Simms be and hereby is, appointed to serve Process of Maritime Attachment and Garnishment, along with a copy of the Verified Complaint.

Signed at Houston this 31st day of May, 2019.

SO ORDERED:

_____
UNITED STATES DISTRICT / JUDGE