Case 4:19-cv-01932 Document 6 Filed on 05/29/19 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 05, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | |
|---|---|---|---|
|  | | | |

| Larnelon Shipping Ltd. |
|---|
| *versus* |
| Lord Energy SA and Repsol Trading SA |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | J. Stephen Simms<br>Simms Showers LLP<br>201 International Circle, Suite 250<br>Baltimore, Maryland 21030<br>Telephone: (410) 783-5795<br>jssimms@simmsshowers.com<br>Marylnad (MD does not issue bar #s)<br>USDC - Maryland #4269 |
|---|---|

| Name of party applicant seeks to appear for: | Larnelon Shipping Ltd. |
|---|---|

| Has applicant been sanctioned by any bar association or court?  Yes _____  No __✓__<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: 5/29/2019 | Signed: [signature] |
|---|---|

| The state bar reports that the applicant's status is: Active | |
|---|---|
| Dated: 6/5/19 | Clerk's signature [signature] |

**Order**                           This lawyer is admitted *pro hac vice*.

Dated: June 5, 2019                 _____[signature]_____
                                    United States District Judge