# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| Larnelon Shipping Ltd., § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION 19-cv-01932 |
| vs. § | |
| § | IN ADMIRALTY, Rule 9(h) |
| Lord Energy SA, § | |
| § | |
| Defendant, § | |
| § | |
| and § | |
| § | |
| Repsol Trading SA, § | |
| § | |
| Garnishee. § | |

## AMENDED DISCLOSURE OF CORPORATE INTEREST

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Larnelon Shipping Ltd. states it has no parent corporation and that none of its shares are held by publicly traded corporations. No other party has a financial interest in the outcome of this litigation.

Dated: June 14, 2019.

    Respectfully Submitted,

    /s/ *J. Stephen Simms*
    J. Stephen Simms (admitted *pro hac vice*)
    Simms Showers LLP
    201 International Circle, Suite 250
    Baltimore, Maryland 21030
    Telephone: (410) 783-5795
    Facsimile: (410) 510-1789
    jssimms@simmsshowers.com

Attorneys for Larnelon Shipping Ltd.,