**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| Larnelon Shipping Ltd., § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION 19-cv-01932 |
| vs. § | |
| § | IN ADMIRALTY, Rule 9(h) |
| Lord Energy SA, et al., § | |
| § | |
| Defendant and Garnishee. § | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41, Plaintiff Larnelon Shipping Ltd. hereby dismisses this action **without** prejudice.

Dated:   August 27, 2019.

    Respectfully Submitted,

    /s/ *J. Stephen Simms*
    J. Stephen Simms (admitted *pro hac vice*)
    Simms Showers LLP
    201 International Circle, Suite 250
    Baltimore, Maryland 21030
    Telephone: (410) 783-5795
    Facsimile: (410) 510-1789
    jssimms@simmsshowers.com

Attorneys for Larnelon Shipping Ltd.,